Case 13-91372    Filed 08/07/13    Doc 12

2

Rabin J. Pournazarian, Bar No. 186735
Price Law Group, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorneys for Debtors
Todd & Rosie Jones

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re: | Case No: 13-91372 |
| Todd & Rosie Jones, | Docket Control No.: PLG-2 |
| | Chapter 13 |
| Debtors | Date: September 10, 2013<br>Time: 10:00 a.m.<br>Place: 1200 I Street<br>Modesto, California |

## DEBTORS' MOTION TO VALUE COLLATERAL HELD BY CPS AUTO FINANCE

TO THE HONORABLE ROBERT S. BARDWIL, RUSSELL D. GREER/CHAPTER 13 TRUSTEE, ALL LISTED CLAIMANTS AND ALL OTHER INTERESTED PARTIES:

The debtors, Todd & Rosie Jones ("Debtors"), hereby move this Court to value the collateral securing Debtors' indebtedness to CPS Auto Finance ("Creditor"), to wit a 2005 Chrysler PT Cruiser GT Convertible 2 Door ("Vehicle"). Debtors value the collateral at no more than $6,500.00. Estimated deficiency balance is to be allowed as a general unsecured claim.

- 1 -

Debtors are the owners and operators of the Vehicle and are familiar with the age, mileage, mechanical and cosmetic condition of the Vehicle. At the time of filing, the odometer showed that the vehicle had 102,000 miles. Beyond typical wear from use, the Vehicle requires no major repairs.

Based on the Kelley Blue Book Valuation, the *private party* value of the Vehicle in its present fair condition is $3,675.00. A true and correct copy of the Kelley Blue Book Valuation is attached to Declaration of Debtors as **Exhibit "1"** and is incorporated herein by this reference. Debtors value the Vehicle at no more than $6,500.00. Creditor is adequately protected in that Debtors maintain current automobile insurance on the Vehicle and adequate protection payments are provided for in the Chapter 13 Plan. Based on the foregoing, Debtors respectfully request that this motion be granted.

Date: August __, 2013

Respectfully Submitted,
PRICE LAW GROUP, APC

_____
Rabin J. Pourmazarian
Attorney for Debtors