Rabin J. Pournazarian, Bar No. 186735
Price Law Group, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorneys for Debtors
Todd & Rosie Jones

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>Todd & Rosie Jones,<br><br>Debtors | Case No: 13-91372<br>Docket Control No.: PLG-2<br>Chapter 13<br>Date:  September 10, 2013<br>Time:  10:00 a.m.<br>Place: 1200 I Street,<br>           Modesto, California |

## DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO VALUE COLLATERAL HELD BY CPS AUTO FINANCE

**We, Todd & Rosie Jones**, declare:

We know the following facts to be true from our own personal knowledge, except those facts which are stated on information and belief and as to those facts we believe them to be true. We could and would competently testify under oath to the truthfulness of the following facts:

1. We are the debtors in the herein Chapter 13 Bankruptcy, case no. 13-91372.
2. The vehicle which is the subject of this motion is a 2005 Chrysler PT Cruiser GT Convertible 2 Door (hereinafter "Vehicle").
3. We are the owners and operators of the Vehicle and are familiar with the age, mileage, mechanical and cosmetic condition of the Vehicle.

-1-

4. This Vehicle is in fair condition as it is free of any major defects but would need reconditioning if it were to be sold at retail. At the time of filing, the odometer showed that the vehicle had 102,000 miles.

5. Based on the Kelley Blue Book, the *private party* value of the Vehicle in its present fair condition is $3,675.00. A true and correct copy of the Kelly Blue Book valuation is attached as **Exhibit "1."**

6. We submit that our Vehicle is worth no more than $6,500.00. This value is even greater than $3,675.00, which is the *private party* value of the Vehicle.

7. The vehicle is subject to a purchase money loan in favor of CPS Auto Finance. The current balance owed is approximately $16,192.99.

8. The vehicle was purchased in 2007 and therefore the claim did not incur within the last 910 day period preceding the date of the debtor's petition.

9. Creditor is adequately protected in that we maintain current automobile insurance on the Vehicle and adequate protection payments are provided for in our Chapter 13 Plan.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and compete to the best of our knowledge. Executed at Patterson, California on this ___ day of August, 2013.

Todd Jones

Rosie Jones

-2-