Rabin J. Pournazarian, Bar No. 186735
**Price Law Group, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>Todd & Rosie Jones,<br><br>Debtors. | Case No: 13-91372<br><br>Docket Control No.: PLG-2<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15760 Ventura Boulevard, Suite 1100, Encino, California 91436.

On August 7, 2013, I served the within:

**NOTICE OF HEARING ON DEBTORS' MOTION TO VALUE COLLATERAL HELD BY CPS AUTO FINANCE; DEBTORS' MOTION TO VALUE COLLATERAL HELD BY CPS AUTO FINANCE; DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO VALUE COLLATERAL HELD BY CPS AUTO FINANCE; EXHIBIT "1" TO DETORS' MOTION TO VALUE COLLATERAL HELD BY CPS AUTO FINANCE**

On interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business.

State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

This declaration was executed on August 7, 2013 at Encino, California.

Laura Franklin
Type or Print Name

Signature

**CHAPTER 13 TRUSTEE**
Russell D. Greer
P.O. Box 3051
Modesto, CA 95353-3051

**DEBTORS**
Todd & Rosie Jones
1398 Mesa Creek Drive
Patterson, CA 95363

**CREDITOR**
Charles E Bradley Jr, CEO
CPS Auto Finance
19500 Jamboree Road
Irvine, CA 92612

**AGENT FOR SERVICE OF PROCESS FOR CONSUMER PORTFOLIO SERVICES, INC.**
Mark Creatura,
19500 Jamboree Road
Irvine, CA 92612






AUTO FINANCE SINCE 1991



MAKE MORE MONEY...
Click here to see

# Welcome Dealers

At CPS, we understand that it's all about selling more cars and making more money! Review our proven track record below, and become a successful CPS dealer today.

### A History of Success

CPS exists to bring dealers the most competitive programs and financing options available. Read below to discover why CPS has been the preferred automobile financing company for the last 17 years.

**Public**
CPS is a publicly traded subprime auto finance company servicing auto dealers nationally since 1991.

**Stable**
We are financially stable, with over $8 billion in loans purchased since 1991 through 2011.

**Vast**
Purchase contracts from dealers across the nation.

**Skilled**
CPS provides dealers with knowledgeable marketing representatives in the field that are skilled in executing all aspects of subprime finance. Our representatives are seasoned experts with backgrounds in advertising, best inventory, sales techniques, desk practices, application approval, and contract packaging for maximizing profit and fast funding.




**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work August 2, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | CONSUMER PORTFOLIO SERVICES, INC. |
| **Entity Number:** | C1682500 |
| **Date Filed:** | 03/08/1991 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 19500 JAMBOREE RD |
| **Entity City, State, Zip:** | IRVINE CA 92612 |
| **Agent for Service of Process:** | MARK CREATURA |
| **Agent Address:** | 19500 JAMBOREE RD |
| **Agent City, State, Zip:** | IRVINE CA 92612 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitic**

**Modify Search** **New Search** **Printer Friendly** **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2013 California Secretary of State